1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
Joy A. Kruse (State Bar No. 142799)
jakruse@lchb.com
Katherine C. Lubin (State Bar No. 259826)
klubin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Liaison Counsel*

*[Additional Counsel Listed on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| BABAK HATAMIAN and LUSSU DENNJ SALVATORE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANCED MICRO DEVICES, INC., RORY P. READ, THOMAS J. SEIFERT, and LISA T. SU, <br><br> Defendants. | Case No. 4:14-CV-00226-PJH <br><br> **JOINT RESPONSE AND STIPULATION BY LEAD PLAINTIFF MOVANTS KBC ASSET MANAGEMENT NV AND ARKANSAS TEACHER RETIREMENT SYSTEM AND [~~PROPOSED~~] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> DATE:   April 23, 2014 <br> TIME:   9:00am <br> DEPT.:  Courtroom 3, 3rd Floor, Oakland <br> JUDGE: Hon. Phyllis J. Hamilton |

WHEREAS, the above-captioned class action lawsuit *Hatamian v. Advanced Micro Devices, Inc.*, No. 3:14-CV-00226-PJH (N.D. Cal.) (the "Action") was filed on January 15, 2014 (ECF No. 1) and alleges violations of the federal securities laws on behalf of investors who purchased the common stock of Advanced Micro Devices, Inc. ("AMD") between October 27, 2011 and October 18, 2012, inclusive (the "Class Period");

WHEREAS, pursuant to Section 21(D)(a)(3)(A) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(A), plaintiffs in the Action published a notice on January 15, 2014, advising class members of their right to move the Court to serve as lead plaintiff by March 17, 2014;

WHEREAS, on March 17, 2014, KBC Asset Management NV ("KBC") timely filed a motion to be appointed Lead Plaintiff in the Action and for the approval of its selection of the law firm Motley Rice LLC ("Motley Rice") as Lead Counsel and Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser") as Liaison Counsel for the Class, ECF No. 9;

WHEREAS, on March 17, 2014, Arkansas Teacher Retirement System ("Arkansas Teacher") timely filed a motion to be appointed Lead Plaintiff in the Action and for approval of its selection of the law firm Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel and Berman DeValerio as Liaison Counsel for the Class, ECF No. 16;

WHEREAS, on March 17, 2014, Oklahoma Firefighters Pension and Retirement System ("Oklahoma") timely filed a motion to be appointed Lead Plaintiff in the Action and for approval of its selection of the law firm Bernstein Liebhard LLP as Lead Counsel and Glancy Binkow & Goldberg LLP as Liaison Counsel for the Class, ECF No. 14;

WHEREAS, in the days following the filing of the respective lead plaintiff motions, counsel for KBC, Arkansas Teacher, and Oklahoma conveyed their clients' interest in resolving the pending motions amicably and without providing fodder for defendants or forcing the Court to expend its limited resources on this issue;

WHEREAS, KBC and Arkansas Teacher agree that an informal resolution of the motions is appropriate and that it is in the best interests of the Class for the lead plaintiff movants to amicably advance the litigation beyond this preliminary stage;

1    WHEREAS, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15

2  U.S.C. § 78u-4(a)(3)(B)(iii), provides, *inter alia*, that the most adequate plaintiff to serve as

3  lead plaintiff is, in the determination of the Court, the "person or group of persons" that has the

4  largest financial interest in the relief sought by the class and otherwise satisfies the relevant

5  requirements of Federal Rule of Civil Procedure 23.  *See, e.g.*, *In re Cavanaugh*, 306 F.3d 726,

6  729-30 (9th Cir. 2002);

7    WHEREAS, KBC reported a loss of $823,849 from its transactions in AMD common

8  stock during the Class Period, ECF No. 10-3;

9    WHEREAS, Arkansas Teacher reported a loss of $621,014 from its transactions in

10  AMD common stock during the Class Period, ECF No. 17-2;

11    WHEREAS, Oklahoma reported a loss of $134,677 from its transactions in AMD

12  common stock during the Class Period, ECF No. 15-3;

13    WHEREAS, counsel for KBC and Arkansas Teacher has conferred with counsel for

14  Oklahoma, which does not oppose this stipulation and supports the appointment of KBC and

15  Arkansas Teacher together as Lead Plaintiff, and the selection of Motley Rice and Labaton

16  Sucharow together as Lead Counsel and Lieff Cabraser as Liaison Counsel for the Class;

17    WHEREAS, in addition to having the greatest financial interests in the Action, KBC

18  and Arkansas Teacher also "otherwise satisf[y] the requirements of Rule 23 of the Federal

19  Rules of Civil Procedure."  15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(cc), ECF Nos. 9 at 7-10, 16 at 8-

20  9.

21    IT IS HEREBY STIPULATED and AGREED, subject to the Court's approval, as

22  follows:

23    1.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), KBC and Arkansas Teacher are

24  appointed to serve as Lead Plaintiff in this Action; and

25    2.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Motley

26  Rice LLP and Labaton Sucharow as Lead Counsel for the Class and Lieff Cabraser as Liaison

27  Counsel is approved.

28

1
/s/ Joy A. Kruse
Joy A. Kruse (State Bar No. 142799)

2
Katherine C. Lubin (State Bar No. 259826)
**LIEFF CABRASER HEIMANN**

3
**& BERNSTEIN, LLP**
275 Battery Street, 29th Floor

4
San Francisco, CA  94111-3339
Telephone:    (415) 956-1000

5
Facsimile:    (415) 956-1008
Email:        rheimann@lchb.com

6
              jakruse@lchb.com

7
*Liaison Counsel*

8
/s/ James M. Hughes (with permission)
James M. Hughes

9
David P. Abel
**MOTLEY RICE LLC**

10
28 Bridgeside Blvd.

11
Mt. Pleasant, SC  29464
Telephone:   (843) 216-9000

12
Facsimile:   (843) 216-9450
Email:        jhughes@motleyrice.com

13
              dabel@motleyrice.com

14
*Counsel for KBC Asset Management NV*

15
*and [Proposed] Co-Lead Counsel for Class*

16
/s/ Christopher J. Keller (with permission)
Christopher J. Keller

17
Eric J. Belfi
Michael W. Stocker (SBN 179083)

18
**LABATON SUCHAROW LLP**

19
140 Broadway
New York, NY  10005

20
Telephone:   (212) 907-0700

21
Facsimile:   (212) 818-0477
Email:        ckeller@labaton.com

22
              ebelfi@labaton.com

              mstocker@labaton.com

23

24
*Counsel for Arkansas Teacher Retirement System*
*and [Proposed] Lead Counsel for Class*

25

26
**IT IS SO ORDERED**.

27
DATED: 4/4/14 _____
                              _____

28
The Honorable Phyllis J. Hamilton
United States District Judge

JOINT RESP. AND STIP. BY MOVANTS KBC AND ARKANSAS TEACHER AND [PROPOSED] ORDER
APPOINTING LEAD PLF. AND APPROVING LEAD PLF.'S SELECTION OF COUNSEL
CASE NO. 3:14-CV-00226-PJH
1168332.1