UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAK HATAMIAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ADVANCED MICRO DEVICES, INC., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-00226-JD<br><br>**ORDER SETTING BRIEFING SCHEDULE, HEARING DATE AND CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 53 |

　　　　The Court has reviewed the parties' second stipulated request regarding the briefing and hearing schedule for defendants' anticipated motion to dismiss plaintiffs' Consolidated Class Action Complaint.  Having considered the parties' requests, the Court orders the following schedule.

1. The deadline for defendants to file a motion to dismiss is July 7, 2014.
2. The deadline for Lead Plaintiffs to file an opposition is July 28, 2014.
3. The deadline for defendants to file a reply is August 8, 2014.
4. The hearing date for the motion to dismiss is September 10, 2014 before this Court.
5. A case management conference will follow the motion to dismiss hearing.
6. This schedule supersedes any other schedules previously set in the action or provided in the Local Rules of the Court.

///

///

///

///

1   The Court expects that the parties will not file any more requests relating to these scheduling
2   matters, barring exceptional circumstances.
3   **IT IS SO ORDERED.**
4   Dated:  April 25, 2014

_____
JAMES DONATO
United States District Judge