# APPENDIX 1

## List of Confidential Witnesses

| CW | Title/Position | Dates of Employment |
|---|---|---|
| 2 | Director of Finance at GlobalFoundries in the Malta, New York fabrication facility<br><br>Responsible for starting up the Malta Fab by building up its finance organization. Heavily involved in working on the 2011 Wafer Supply Agreement with AMD. | October 2009 through August 2012 |
| 3 | Engineer Manufacturing Operator at GlobalFoundries in the Malta, New York fabrication facility<br><br>Responsible for driving production to meet scheduling demands on some of the Malta plant's production lines, including Llano. | June 2011 through May 2012 |
| 4 | Controller of Technology and Alliances at GlobalFoundries<br><br>Controller for worldwide research and development at GlobalFoundries. | August 2011 through June 2013 |
| 5 | Senior Director, Silicon Design and Platform Engineering at AMD<br><br>Worked on Electrical and Logical Validation, Debug, and Platform Silicon Infrastructure for all AMD CPUs, chipsets, and integrated video translation products. Also worked on the back end of all the issues that delayed Llano. | September 1984 through March 2013 |
| 6 | Most recent title was Senior Member of Technical Staff at AMD<br><br>Responsible for supporting AMD's engineering division. | December 2004 through February 2014 |
| 7 | Most recent position (from approximately March 2010 through November 2011) was Director of Finance-Global Research and Development at AMD<br><br>Worked at the Company's research and development organization. | June 2007 through November 2011 |

| CW | Title/Position | Dates of Employment |
|---|---|---|
| 8 | Member of Technical Staff and Design Engineer at AMD<br><br>Worked closely with the pre-silicon design and IP integration of Llano. | May 2006 through December 2012 |
| 9 | R&D Specialist at Asus in Taiwan<br><br>Responsible for rewriting the "CPU reference code of AMD's Llano to enhance the algorithm for more power" and to enhance the performance of the motherboards for the retail market. | January 2007 through April 2011 |