LATHAM & WATKINS LLP
  Patrick E. Gibbs (Bar No. 183174)
  Ming M. Zhu (Bar No. 291364)
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.463.2690
Facsimile: +1.650.463.2600
*patrick.gibbs@lw.com*
*ming.zhu@lw.com*

Attorneys for Defendants
Advanced Micro Devices, Inc.,
Rory P. Read, Thomas J. Seifert,
Richard A. Bergman, and Lisa T. Su

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAK HATAMIAN, et al., | CASE NO. 3:14-cv-00226-JD |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CORRECTED AMENDED COMPLAINT** |
| ADVANCED MICRO DEVICES, INC., et al., | |
| Defendants. | **Date:** September 17, 2014<br>**Time:** 9:30 AM<br>**Place:** Courtroom 11, 19th Floor<br>**Judge:** Honorable James Donato |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

CASE NO. 3:14-cv-00226-JD
[PROPOSED ORDER] GRANTING DEFEDANTS'
MOTION TO DISMISS

# [PROPOSED] ORDER

This matter came before the Court on the motion by Defendants Advanced Micro Devices, Inc., Rory P. Read, Thomas J. Seifert, Richard A. Bergman, and Lisa T. Su ("Defendants") for an order dismissing Lead Plaintiffs' Corrected Amended Complaint for Violation of the Federal Securities Laws.

Having considered the moving and reply papers, the request for judicial notice, all papers in opposition, the pleadings and files in this action, the argument of counsel, and all other matters properly before the Court, and for good cause appearing, the Court:

HEREBY ORDERS that Defendants' Request for Judicial Notice is GRANTED. The court further orders that Defendants' Motion to Dismiss the Corrected Amended Complaint for Violations of the Federal Securities Laws is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2014        _____

Honorable James Donato

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

CASE NO. 3:14-cv-00226-JD
[PROPOSED ORDER] GRANTING DEFEDANTS'
MOTION TO DISMISS