UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAK HATAMIAN, et al., <br><br> Plaintiffs, <br> v. <br> ADVANCED MICRO DEVICES, INC., et al., <br><br> Defendants. | Case No. 14-cv-00226-JD <br><br> **ORDER REQUIRING PREPARATION OF SUPPLEMENTAL CHART** |

Lead Plaintiffs are ordered to prepare a chart of the information required by 15 U.S.C. § 78u-4(b)(1) and (2) that specifically identifies: (1) each statement alleged to have been false or misleading, (2) the reason(s) the statement was false or misleading when made, and (3) if an allegation regarding the statement or omission is made on information and belief, all facts on which the belief is formed.

The chart should clearly identify which statements or omissions are attributable to which defendants, and include a detailed statement of the facts giving rise to a strong inference that each defendant acted with the required state of mind.

Plaintiffs should also summarize their allegations regarding what each defendant knew with regard to the statement or omission, and when each knew it.

For the guidance of Lead Plaintiffs, the Court suggests the format on the following page:

//

//

//

//

//

| Statement No. | The Speaker(s), Date(s), and Medium | False and Misleading Statements | Reasons Why Statements Were False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| 1 | When: xx/xx/xxxx<br><br>Where: Press release dated xx/xx/xxxx<br><br>Speakers: CEO<br><br>(Compl. ¶ __) | [This column should contain *direct quotations* of the allegedly false and misleading statements.] | [This column should summarize plaintiffs' arguments on falsity, with specific paragraph references to the complaint.] | [This column should summarize plaintiffs' arguments on scienter, with specific paragraph references to the complaint.] |

Lead Plaintiffs are to submit this chart by noon on Monday, September 15, 2014. The chart must strictly adhere to the allegations in the amended class action complaint, and cannot include any new or supplemental information or explanation.

**IT IS SO ORDERED.**

Dated: September 8, 2014

_____
JAMES DONATO
United States District Judge

2