1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BABAK HATAMIAN and LUSSA DENNJ SALVATORE, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>ADVANCED MICRO DEVICES, INC., RORY P. READ, THOMAS J. SEIFERT, RICHARD A. BERGMAN AND LISA T. SU,,<br><br>             Defendants | **CASE NO. 4:14-cv-00226-YGR**<br><br>[~~PROPOSED~~] **CASE MANAGEMENT ORDER** |

On June 17, 2015, Lead Plaintiffs KBC Asset Management NV and Arkansas Teacher Retirement System, together with Defendants Advanced Micro Devices, Inc.; Rory P. Read; Thomas J. Seifert; Richard A. Bergman; and Dr. Lisa T. Su (collectively, the "Parties"), appeared before the Court for a Case Management Conference.  Having considered the Parties' Amended Joint Case Management Conference Statement (Dkt #123) and statements of counsel at the Case Management Conference, the Court orders as follows:

**1. CLASS CERTIFICATION**

Lead Plaintiffs will move for class certification in accordance with the schedule set forth below.  Failure to make class representatives available pursuant to this Order may result in monetary and/or evidentiary sanctions.

| Event | Date |
| --- | --- |
| Class Certification Motion Deadline | September 7, 2015 |
| Deposition of Class Representative(s) | Between September 14 and 25, 2015 |
| Response to Class Certification Motion | October 22, 2015 |
| Class Certification Motion Reply | December 7, 2015 |

As an alternative, the Court may extend the deadline for Defendants' Response to Lead Plaintiffs' Class Certification Motion proportionately if the class representatives are not available for deposition by September 25, 2015.

**2. SETTLEMENT AND ADR**

Defendants and Lead Plaintiffs filed certifications pursuant to ADR Local Rule 3-5(b). (ECF Nos. 91, 96, 97.)  The parties agree to conduct private mediation by January 31, 2016. The parties further agree to submit to the Court the name of a mutually agreed mediator by July 3, 2015.  A compliance hearing regarding the parties' selection of a mediator shall be held on **Friday, July 10, 2015** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) statement identifying their selected mediator and the status of their scheduling mediation;  or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to

[PROPOSED] CASE MANAGEMENT ORDER
CASE NO. 4:14-cv-00226-YGR

comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**3. SCHEDULING**

The parties' proposed schedule and discovery plan is set forth as follows:

| Event | Date |
| --- | --- |
| Initial Disclosures | May 21, 2015 |
| Defendants' Answer | May 14, 2015 |
| Initial Written Discovery Served | June 1, 2015 |
| Lead Plaintiffs Disclose Identities of Confidential Witnesses | June 24, 2015 |
| Initial Document Production Substantially Complete | October 23, 2015 |
| Follow Up Written Discovery Served | November 6, 2015 |
| Follow Up Production Substantially Complete | February 5, 2015 |
| Joinder of Other Parties and Pleading Amendments | February 19, 2016 |
| Close of Fact Discovery | June 15, 2016 |
| Expert Reports on Issues Where Party Has Burden of Proof | July 6, 2016 |
| Responsive Expert Reports | August 11, 2016 |
| Rebuttal Expert Reports | September 15, 2016 |
| Expert Discovery Cut-off | October 31, 2016 |
| Summary Judgment and *Daubert* Motions | November 17, 2016 |
| Summary Judgment and *Daubert* Oppositions | January 16, 2017 |
| Summary Judgment and *Daubert* Replies | February 16, 2017 |

The AMENDED JOINT CASE MANAGEMENT CONFERENCE STATEMENT is approved as the Case Management Order for this case and all parties shall comply with its provisions.

**IT IS SO ORDERED.**

Dated: June 29, 2015

THE HON. YVONNE GONZALEZ ROGERS
United States District Judge

**ECF ATTESTATION**

I, Melanie M. Blunschi, am the ECF User whose ID and Password are being used to file this:

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

In compliance with General Order 45, X.B., I hereby attest that William H. Narwold has concurred in this filing.

Executed on the 22nd day of June 2015.

By: */s/ Melanie M. Blunschi*
     Melanie M. Blunschi