UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAK HATAMIAN and LUSSA DENNJ SALVATORE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC., RORY P. READ, THOMAS J. SEIFERT, RICHARD A. BERGMAN, AND LISA T. SU,<br><br>Defendants. | CASE NO. 14-cv-00226-YGR<br><br>**AMENDED NOTICE OF JOINT STATEMENT REGARDING MEDIATOR SELECTION**<br><br>Date: July 10, 2015<br>Time: 9:01 a.m.<br>Place: Courtroom 1, 4th Floor<br>Before: The Hon. Yvonne Gonzalez Rogers |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Court's direction at the June 17, 2015 Case Management Conference in the above-captioned civil action, ECF No. 126, and the Court's June 29, 2015 Case Management Order, ECF No. 129, the parties have met and conferred regarding the selection of a private mediator. The parties have agreed to the appointment of the following individual as mediator in this case:

> The Hon. Layn R. Phillips
> Phillips ADR
> 2101 East Coast Hwy Ste. 250,
> Corona Del Mar, California, 92625
> (949) 760-5280)

The parties have obtained the dates on which Judge Phillips would be available prior to the Court's January 31, 2016 mediation deadline, and are working with their clients and each other to set a convenient date. Based on Judge Phillips' availability, the parties do not anticipate a problem scheduling a mediation date prior to January 31, 2016.

Respectfully submitted this 2nd day of July, 2015.

*[Signature Page Follows]*

| | | |
|---|---|---|
| DATED: July 2, 2015 | By: | */s/ Jonathan Gardner* |

LABATON SUCHAROW LLP
Jonathan Gardner (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone:     (212) 907-0700
Facsimile:      (212) 818-0477
jgardner@labaton.com
cvillagas@labaton.com

Attorney for Lead Plaintiffs
KBC ASSET MANAGEMENT NV and ARKANSAS TEACHER RETIREMENT SYSTEM and Co-Lead Counsel for the Class

| | | |
|---|---|---|
| DATED: July 2, 2015 | By: | */s/ James M. Hughes* |

MOTLEY RICE LLC
James M. Hughes (*pro hac vice*)
William S. Norton (*pro hac vice*)
Max N. Gruetzmacher
28 Bridgeside Boulevard Mt. Pleasant,
South Carolina 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jhughes@motleyrice.com
bnorton@motleyrice.com
mgruetzmacher@motleyrice.com

Attorney for Lead Plaintiffs
KBC ASSET MANAGEMENT NV and ARKANSAS TEACHER RETIREMENT SYSTEM and Co-Lead Counsel for the Class

| | | |
|---|---|---|
| DATED: July 2, 2015 | By: | */s/ Melanie Blunschi* |

LATHAM & WATKINS LLP
Melanie Blunschi (Bar No. 234264)
505 Montgomery Street, Suite 2000
San Francisco, California, 94111
Telephone:  +1.415.391.0600
Facsimile:  +1.415395.8095
melanie.blunschi@lw.com

Attorney for Defendants ADVANCED MICRO DEVICES, RORY P. READ, THOMAS J. SEIFERT, RICHARD A.

| | |
|---|---|
| 1 | BERGMAN, AND LISA T. SU |
| 2 | LATHAM & WATKINS LLP<br>Patrick E. Gibbs (Bar No. 183174) |
| 3 | Matthew Rawlinson (Bar No. 231890)<br>140 Scott Drive |
| 4 | Menlo Park, California 94025<br>Telephone: +1.650.463.2690 |
| 5 | Facsimile: +1.650.463.2600<br>patrick.gibbs@lw.com |
| 6 | matt.rawlinson@lw.com |
| 7 | |
| 8 | Attorney for Defendants ADVANCED MICRO DEVICES,<br>RORY P. READ, THOMAS J. SEIFERT, RICHARD A. |
| 9 | BERGMAN, AND LISA T. SU |
| 10 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Joy A. Kruse (State Bar No. 142799) |
| 11 | Katherine Lubin Benson (State Bar No. 259826)<br>275 Battery Street, 29th Floor |
| 12 | San Francisco, California 94111-3339<br>Telephone:    (415) 956-1000 |
| 13 | Facsimile:    (415) 956-1008<br>jkruse@lchb.com |
| 14 | kbenson@lchb.com |
| 15 | |
| 16 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Sharon M. Lee (pro hac vice) |
| 17 | 250 Hudson Street, 8th Floor<br>New York, New York 10013-1413 |
| 18 | Telephone:    (212) 355-9500<br>Facsimile:    (212) 355-9592 |
| 19 | slee@lchb.com |
| 20 | Liaison Counsel for Lead Plaintiffs |
| 21 | KBC ASSET MANAGEMENT NV and ARKANSAS<br>TEACHER RETIREMENT SYSTEM |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**ECF ATTESTATION CLAUSE**

I, James M. Hughes, am the ECF User whose ID and Password are being used to file this Amended Notice of Joint Statement Regarding Mediator Selection. I hereby attest that Melanie Blunschi has concurred in this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of July 2015, at Mount Pleasant, South Carolina.

By: _/s/ James M. Hughes_
James M. Hughes