UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BABAK HATAMIAN, ET AL.**, <br> Plaintiffs, <br> v. <br> **ADVANCED MICRO DEVICES, INC., ET AL.**, <br> Defendants. | Case No. 14-cv-00226-YGR <br><br> **ORDER VACATING COMPLIANCE HEARING** |

Having received the parties' joint statement stating that the parties have agreed to the appointment of a mediator in this case, the Court hereby **VACATES** the compliance hearing set for Friday, July 10, 2015.

**IT IS SO ORDERED.**

Dated: July 8, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**