**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Joy A. Kruse (State Bar No. 142799)
Katherine C. Lubin (State Bar No. 259826)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Liaison Counsel*

| | |
|---|---|
| **LABATON SUCHAROW LLP** | **MOTLEY RICE LLC** |
| Jonathan Gardner (*pro hac vice*) | James M. Hughes (*pro hac vice*) |
| Paul J. Scarlato (*pro hac vice*) | William S. Norton (*pro hac vice*) |
| Carol C. Villegas (*pro hac vice*) | Max Gruetzmacher (*pro hac vice*) |
| 140 Broadway | Meredith Miller (*pro hac vice*) |
| New York, NY 10005 | 28 Bridgeside Blvd. |
| Telephone: (212) 907-0700 | Mt. Pleasant, SC 29464 |
| Facsimile: (212) 818-0477 | Telephone: (843) 216-9000 |
| | Facsimile: (843) 216-9450 |

*Co-Lead Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BABAK HATAMIAN, et al., | Case No. 4:14-cv-00226-YGR |
| Plaintiffs, | CLASS ACTION |
| v. | **DECLARATION OF JONATHAN GARDNER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPROVAL OF CLASS COUNSEL** |
| ADVANCED MICRO DEVICES, INC., et al., | |
| Defendants. | |
| | Date: January 5, 2016 |
| | Time: 2:00PM |
| | Place: Courtroom 1, 4th Floor |
| | Judge: Honorable Yvonne Gonzalez Rogers |

I, Jonathan Gardner, declare as follows:

1. I am a member of the law firm Labaton Sucharow, LLP, in New York, New York, and I am admitted *pro hac vice* before this Court.  I submit this Declaration in support of Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Approval of Class Counsel.

2. Exhibit 1 to this Declaration is a true and correct copy of Defendants' Objections and Responses to Lead Plaintiffs' First Set of Requests for Admissions ("RFA Responses").

3. Exhibit 2 to this Declaration is a true and correct copy of the Expert Report of Chad Coffman, CFA.

4. Exhibit 3 to this Declaration is a true and correct copy of the firm resume of Labaton Sucharow, LLP.

5. Exhibit 4 to this Declaration is a true and correct copy of the firm resume of Motley Rice LLC.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York this 4th day of September, 2015.

Dated: September 4, 2015

*/s/ Jonathan Gardner*
JONATHAN GARDNER

DECLARATION OF JONATHAN GARDNER
CASE NO. 4:14-cv-00226-YGR

# CERTIFICATE OF SERVICE

I, Jonathan Gardner, certify that on September 4, 2015, **DECLARATION OF JONATHAN GARDNER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPROVAL OF CLASS COUNSEL** was electronically filed via the CM/ECF System. Notice of this filing will be electronically mailed to all parties of record, registered with the Court's electronic filing system.

Executed on the 4th day of September, 2015.

By: */s/ Jonathan Gardner*
    Jonathan Gardner