**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BABAK HATAMIAN, ET AL.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**ADVANCED MICRO DEVICES, INC., ET AL.**,<br><br>    Defendants. | Case No.: 14-cv-00226 YGR<br><br>**ORDER DENYING STIPULATION TO STAY WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 170 |

On December 16, 2015, the parties filed a stipulation and proposed order to stay all proceedings in related Case No. 15-cv-4485, pending resolution of the instant case. The parties did not file the stipulation and proposed order in Case No. 15-cv-4485. The stipulation is **DENIED WITHOUT PREJUDICE**. The Court cannot entertain the request as currently filed. The parties must file their request on the docket of the case for which they seek a stay.

**IT IS SO ORDERED**.

Dated: December 17, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**