UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAK HATAMIAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ADVANCED MICRO DEVICES, INC., et al.,<br><br>  Defendants. | Case No. 14-cv-00226-YGR   (JSC)<br><br>**ORDER EXTENDING LOCAL RULE 37-3 DEADLINE AS TO CERTAIN DISCOVERY**<br><br>Re: Dkt. No. 205 |

This matter has been referred to the undersigned magistrate judge for all discovery matters. (Dkt. No. 183.) Now before the Court is a joint request by the parties to waive Civil Local Rule 37-3, which governs the timing for filing a discovery motion, as it pertains to a limited set of discovery requests, identified below. (Dkt. No. 205.) The parties assert that, pursuant to Local Rule 37-3, the deadline to file motions to compel is August 19, 2016. (*Id.* at 1.) The parties note, however, that there are several sets of recent discovery requests for which the parties "are continuing to cooperatively meet and confer on the scope of the requests and the dates for the supplemental responses" and thus any motions to compel would be premature at this time. (*Id.*) The Court agrees that the parties are best served by attempting to resolve their discovery disputes before seeking court intervention.

Accordingly, for good cause shown, the Court GRANTS the parties' request and extends the Local Rule 37-3 deadline with respect to the following discovery: (1) Plaintiffs served Defendant Advanced Micro Devices, Inc. ("AMD") with a Third Set of Interrogatories on July 8, 2016, and AMD served objections and responses on August 11, 2016; (2) Plaintiffs served Individual Defendants Rory P. Read, Thomas J. Seifert, Dr. Lisa T. Su, and Richard A. Bergman with a First Set of Interrogatories on July 8, 2016, and the Individual Defendants served objections

and responses on August 11, 2016; (3) Individual Defendant Dr. Lisa T. Su served Plaintiffs with a First Set of Interrogatories on July 13, 2016, and Plaintiffs served objections and responses on August 12, 2016; and (4) AMD served Plaintiffs with a First Set of Interrogatories on August 13, 2015, and Plaintiffs supplemented their responses to contention interrogatories on August 12, 2016.  If the parties are unable to resolve all disputes with respect to the above discovery, any discovery motions must be filed with the Court by September 9, 2016.

This Order disposes of Docket No. 205.

**IT IS SO ORDERED.**

Dated: August 19, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge