# Exhibit 8

*Hatamian, et. al. v. Advanced Micro Devices, Inc., et. al.*
**Case No. 14-cv-00226-YGR (N.D. Cal. )**

**SUMMARY TABLE OF LODESTARS AND EXPENSES**

| FIRM | HOURS | LODESTAR | EXPENSES |
|------|-------|----------|----------|
| Bernstein Liebhard LLP | 174.5 | $102,662.50 | $145,398.60 |
| Lieff Cabraser Heimann & Bernstein, LLP | 143.3 | $65,569.00 | $19,035.42 |
| Labaton Sucharow LLP | 29,530.8 | $14,556,648.50 | $1,305,476.29 |
| Motley Rice LLC | 32,917.2 | $16,398,078.75 | $1,342,907.21 |
| **TOTALS** | **62,765.8** | **$31,122,958.75** | **$2,812,817.52** |