**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Katherine L. Benson (State Bar No. 259826)
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Liaison Counsel*

| | |
|---|---|
| **LABATON SUCHAROW LLP**<br>Jonathan Gardner (*pro hac vice*)<br>Carol C. Villegas (*pro hac vice*)<br>Alec T. Coquin (*pro hac vice*)<br>140 Broadway<br>New York, NY  10005<br>Telephone:  (212) 907-0700<br>Facsimile:  (212) 818-0477<br><br>*Co-Lead Counsel for the Class* | **MOTLEY RICE LLC**<br>James M. Hughes (*pro hac vice*)<br>William S. Norton (*pro hac vice*)<br>Max N. Gruetzmacher (*pro hac vice*)<br>Michael J. Pendell (*pro hac vice*)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC  29464<br>Telephone:  (843) 216-9000<br>Facsimile:  (843) 216-9450<br><br>*Co-Lead Counsel for the Class* |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| BABAK HATAMIAN and LUSSA DENNJ SALVATORE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>ADVANCED MICRO DEVICES, INC., RORY P. READ, THOMAS J. SEIFERT, RICHARD A. BERGMAN, AND LISA T. SU,<br><br>                    Defendants. | Case No. 4:14-cv-00226-YGR<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, PAYMENT OF LITIGATION EXPENSES, AND PAYMENT OF CLASS REPRESENTATIVES' EXPENSES** |

On February 27, 2018, a hearing having been held before this Court to determine, among other things, whether and in what amount to award (1) plaintiffs' counsel in the above-captioned consolidated securities class action (the "Action") fees and litigation expenses directly relating to their representation of the Class; and (2) Class Representatives their costs and expenses (including lost wages), pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  The Court having considered all matters submitted to it at the hearing and otherwise; and it appearing that a notice of the hearing substantially in the form approved by the Court (the "Settlement Notice") was mailed to all reasonably identified Class Members; and that a summary notice of the hearing (the "Summary Notice"), substantially in the form approved by the Court, was published in *Investor's Business Daily* and transmitted over *PR Newswire*; and the Court having considered and determined the fairness and reasonableness of the award of attorneys' fees and expenses requested;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Court has jurisdiction over the subject matter of this Action and over all parties to the Action, including all Class Members who have not timely and validly requested exclusion, Class Counsel, and the Claims Administrator.

2. All capitalized terms used herein have the meanings set forth and defined in the Stipulation and Agreement of Settlement, dated as of October 9, 2017 (the "Stipulation").

3. Notice of Class Counsel's application for attorneys' fees and payment of litigation expenses was given to all Class Members who could be identified with reasonable effort.  The form and method of notifying the Class of the application for attorneys' fees and expenses met the requirements of Rules 23 and 54 of the Federal Rules of Civil Procedure, Section 21D(a)(7) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(7), as amended by the PSLRA, due process, and other applicable law, constituted the best notice practicable under the

circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto.

4. Class Counsel are hereby awarded, on behalf of all plaintiffs' counsel, attorneys' fees in the amount of $7,375,000 plus interest at the same rate earned by the Settlement Fund (or 25% of the Settlement Fund, which includes interest earned thereon), and payment of litigation expenses in the amount of $2,812,817.52, which sums the Court finds to be fair and reasonable.

5. The award of attorneys' fees and litigation expenses may be paid to Class Counsel from the Settlement Fund immediately upon entry of this Order, subject to the terms, conditions, and obligations of the Stipulation, which terms, conditions, and obligations are incorporated herein.

6. In making this award of attorneys' fees and payment of litigation expenses to be paid from the Settlement Fund, the Court has analyzed the factors considered within the Ninth Circuit and found that:

(a) The Settlement has created a common fund of $29.5 million in cash and that numerous Class Members who submit acceptable Claim Forms will benefit from the Settlement created by the efforts of plaintiffs' counsel;

(b) The requested attorneys' fees and payment of litigation expenses have been reviewed and approved as fair and reasonable by Class Representatives, sophisticated institutional investors that were directly involved in the prosecution and resolution of the Action and who have a substantial interest in ensuring that any fees paid to plaintiffs' counsel are duly earned and not excessive;

(c) Plaintiffs' counsel undertook the Action on a contingent basis, and have received no compensation during the Action, and any fee and expense award has been contingent on the result achieved;

(d) The Action involves complex factual and legal issues and, in the absence of settlement, would involve lengthy proceedings whose resolution would be uncertain;

        (e)       Plaintiffs' counsel conducted the Action and achieved the Settlement with skillful and diligent advocacy;

        (f)       Plaintiffs' counsel have devoted approximately 62,765 hours, with a lodestar value of $31,122,958.75 to achieve the Settlement;

        (g)       The amount of attorneys' fees awarded are fair and reasonable and consistent with fee awards approved in cases within the Ninth Circuit with similar recoveries;

        (h)       Notice was disseminated to putative Class Members stating that Class Counsel would be submitting an application for attorneys' fees in an amount not to exceed 30% of the Settlement Fund, which includes interest, and payment of litigation expenses incurred in connection with the prosecution of this Action in an amount not to exceed $3,000,000, plus interest, and that such application also might include a request that Class Representatives be reimbursed their reasonable costs and expenses (including lost wages) directly related to their representation of the Class; and

        (i)       There were no objections to the application for attorneys' fees or expenses.

7.       In accordance with the PSLRA, the Court hereby awards Class Representative Arkansas Teacher Retirement System $8,348.25 for its costs and expenses directly related to its representation of the Class, and KBC Asset Management NV $14,875.00 for its costs and expenses directly related to its representation of the Class.

8.       Any appeal or challenge affecting this Court's approval of any attorneys' fee, expense application, or award of costs and expenses to Class Representatives in the Action shall in no way disturb or affect the finality of the Judgment entered with respect to the Settlement.

9.       Exclusive jurisdiction is retained over the subject matter of this Action and over all parties to the Action, including the administration and distribution of the Net Settlement Fund to Class Members.

1    10.    In the event that the Settlement is terminated or does not become Final or the
2 Effective Date does not occur in accordance with the terms of the Stipulation, this order shall be
3 rendered null and void to the extent provided by the Stipulation and shall be vacated in
4 accordance with the Stipulation.

6 Dated:  __March 2_____, 2018     _____
7                                         HONORABLE YVONNE GONZALEZ ROGERS
                                          UNITED STATES DISTRICT JUDGE

28 [PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND PAYMENT OF EXPENSES
CASE NO. 4:14-CV-00226-YGR